| | |
|---|---|
| 1 | **JOHNSON FISTEL, LLP** |
| | Frank J. Johnson (SBN 174882) |
| 2 | FrankJ@johnsonfistel.com |
| | Brett M. Middleton (SBN 199427) |
| 3 | BrettM@johnsonfistel.com |
| | 655 West Broadway, Suite 1400 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 230-0063 |
| 5 | Facsimile: (619) 255-1856 |
| 6 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL GUIRGUIS, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>SPLUNK INC., DOUGLAS S. MERRITT, and JASON E. CHILD<br><br>Defendants. | Case No.: 4:21-cv-00164-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Daniel Guirguis ("Plaintiff") voluntarily dismisses the captioned action (the "Action") without prejudice as to Plaintiff, and without prejudice as to the putative class in the Action. A class has not been certified in this Action and no defendant in this Action has served an answer or motion for summary judgment.

Respectfully submitted,

Dated: February 19, 2021

**JOHNSON FISTEL, LLP**

By: */s/ Brett M. Middleton*
BRETT M. MIDDLETON

FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
BrettM@johnsonfistel.com
FrankJ@johnsonfistel.com